IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MEHER RAZVI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01225-P |
| | § | |
| **SPIRIT AIRLINES INC. et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 6):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **10th day** of **December, 2020**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE