IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MEHER RAZVI,** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| **V.** | § | |
| | § | **4:20-CV-01225-P** |
| **DALLAS-FORT WORTH** | § | |
| **INTERNTIONAL AIRPORT** | § | |
| **A/K/A DFW AIRPORT AND** | § | |
| **SPIRIT AIRLINES INC.,** | § | |
| **Defendants.** | § | |

## NOTICE OF APPEAL

Plaintiff-Appellant, Meher Razvi**,** appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered by Judge Mark T. Pittman on December 10, 2020 in favor of the defendant, Spirit Airlines Inc, et al., and the subsequent Denial of Plaintiff's Motion for Relief from Final Judgment entered by Judge Mark T. Pittman on January 4, 2021, in the abovenamed case.

Respectfully submitted,

Kastl Law, P.C.

*/s/ Kristina N. Kastl*
**Kristina N. Kastl**
State Bar No. 24025467
Email: kkastl@kastllaw.com

**DALLAS OFFICE**
**4144 North Central Expressway, Suite 1000**
**Dallas, Texas 75204**
**Phone: (214) 821-0230**
**Fax: (214) 821-0231**

**ATTORNEYS FOR PLAINTIFF**

          /s/ Tina Z. Robbins
**Tina Z. Robbins**
**Tina Robbins Law, PLLC**
8325 Broadway, Suite 202
Pearland, Texas 77581
Phone: 832-875-4355
Fax: 281-925-0599
Email: tina@tinarobbinslaw.com
**COUNSEL FOR APPELLANT**

***Please note and document Kastl Law, PC's. new e-serve address. All future e-serve notifications must be served at:** eservice@kastllaw.com.

**Service is only effectuated if it is served through our eservice@kastllaw.com email. Any other Kastl Law, P.C. email is considered ineffective service.**

### CERTIFICATE OF SERVICE

I certify that on January 11, 2021, a copy of this Notice of Appeal was served on all counsel of record using the electronic case filing system of the Court, thereby serving all attorney of record by E-service as follows:

*Via E-Service:*
Patrick J. Comerford
3500 Jefferson Street
Suite 330
Austin, Texas 78731

        /s/ Kristina N. Kastl
        **Kristina N. Kastl**